Case 2:20-cv-00162-cr   Document 52   Filed 07/12/21   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

```
U.S. DISTRICT COURT
DISTRICT OF VERMONT
    FILED

2021 JUL 12 PM 4: 11

    CLERK
BY_____(AW)_____
   DEPUTY CLERK
```

| | |
|---|---|
| APRIL L. WHITHAM, as Trustee of the Mary Lucile Whitham Revocable Trust, and APRIL L. WHITHAM, individually, Plaintiffs | ) ) ) ) ) |
| v. | ) Case No. 2:20-cv-162 |
| LAKESIDE PHARMACY HOLDINGS, INC., LP, INC. f/k/a LAKESIDE PHARMACY, INC., EARL W. PEASE, LISA PEASE, and CRYSTAL E. WYATT, Defendants | ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED and AGREED, by and between Plaintiffs April L. Whitham, as Trustee of the Mary Lucile Whitham Revocable Trust, and April L. Whitham, individually and Defendants Lakeside Pharmacy Holdings, Inc., LP, Inc. f/k/a Lakeside Pharmacy, Inc., Earl W. Pease, Lisa Pease, and Crystal E. Wyatt, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action and all claims and counterclaims asserted herein shall be and hereby are DISMISSED WITH PREJUDICE.

Each party shall bear its own costs and fees.

Dated:   Burlington, Vermont
         July 12, 2021

/s/ Navah C. Spero
Navah C. Spero, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
nspero@gravelshea.com
For Plaintiffs



gravel & shea ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369

Dated:   Winooski, VT
         July ____, 2021

                                              /s/ David H. Casier
                                              David H. Casier, Esq.
                                              20 Solar View Drive
                                              Winooski, VT  05404
                                              (802) 863-1110
                                              dcasier@aol.com
                                              For Defendants, Earl W. Pease, Lisa Pease
                                              and Crystal E. Wyatt

Dated:   Colchester, VT
         July 12, 2021

                                              /s/ Brenda J. Luciano
                                              Brenda J. Luciano, Esq.
                                              Bauer Gravel Farnham LLP
                                              401 Water Tower Circle, Suite 101
                                              Colchester, VT  05446
                                              (802) 863-5538
                                              bluciano@vtlawoffices.com
                                              For Defendants, Lakeside Pharmacy
                                              Holdings, Inc. and L.P., Inc.

APPROVED AND SO ORDERED:

Date:  ___July 12_____, 2021.

                                              _____
                                              Judge, United States District Court

gravel & shea | ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369

- 2 -